B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heartland Advertising, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3977324** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Registered Agent**<br>**Robert A. Coe**<br>**555 Skokie Blvd., Suite 500**<br>**Northbrook, IL**    ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Mark Dworkin**<br>**214 Enfield Green**<br>**Frederiksted, VI**    ZIP Code **00840** | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Chapter 11 Debtors**

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Lorraine M. Greenberg   ARDC No.: 3129023 ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Heartland Advertising, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b> _____<br>Signature of Attorney for Debtor(s)          (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Heartland Advertising, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  _____
  Date

### Signature of Attorney*

**X** **/s/ Lorraine M. Greenberg   ARDC No.:**
  Signature of Attorney for Debtor(s)

  **Lorraine M. Greenberg   ARDC No.: 3129023**
  Printed Name of Attorney for Debtor(s)

  **Lorraine M. Greenberg**
  Firm Name
    **150 North Michigan Avenue**
    **Suite 800**
    **Chicago, IL 60601**

  Address

                **Email: lgreenberg@greenberglaw.net**
  **312-588-3330  Fax: 312-264-5620**
  Telephone Number

  **June  3, 2010**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark Dworkin**
  Signature of Authorized Individual
    **Mark Dworkin**
  Printed Name of Authorized Individual
    **President**
  Title of Authorized Individual
    **June  3, 2010**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

  _____
  Printed Name of Foreign Representative

  _____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

  _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

  _____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

  _____

  _____
  Address

**X** _____

  _____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Heartland Advertising, Inc.**                                    ,      Case No. _____

                                    Debtor

                                                                            Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 116,322.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 746,004.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| | | Total Assets | 116,322.37 | | |
| | | | Total Liabilities | 746,004.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Heartland Advertising, Inc.** _____,    Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Heartland Advertising, Inc.** ,   Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Heartland Advertising, Inc.**                                        ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at Fifth Third Bank** | - | 192.37 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **192.37**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Heartland Advertising, Inc.** _____ ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | various entities owe Debtor for services rendered - | - | 116,130.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    116,130.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **misc. office equipment, furnishings and supplies abandoned at last place of doing business** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total >          116,322.37

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Heartland Advertising, Inc.**                                                    ,        Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Heartland Advertising, Inc.**                                                    ,    Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                             **0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Heartland Advertising, Inc.**                                        ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 821536814<br><br>**A, T & T<br>PO Box 8100<br>Aurora, IL 60507-8100** | - | | | | | | **1,174.46** |
| Account No. 312 R06-3408 400 1<br><br>**AT & T Capital Services, Inc<br>13160 Collections Center Drive<br>Chicago, IL 60693** | | **A, T & T** | | | | | **Notice Only** |
| Account No. 312 587 2711 352 4<br><br>**A, T & T<br>PO Box 8100<br>Aurora, IL 60507-8100** | - | | | | | | **500.00** |
| Account No. 800-238-2455<br><br>**ADT Security Services, Inc.<br>PO Box  371967<br>Pittsburgh, PA 15250-7967** | - | | | | | | **271.50** |
| __42__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **1,945.96** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        S/N:23745-100528   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H06105** | | | | | | | |
| **Albuquerque Publishing Company** P.O. Box 95777 Albuquerque, NM 87199-5777 | - | | | | | | 595.00 |
| Account No. **3715-451520-01009** | | | | | | | |
| **American Express** Attn: Bankruptcy P.O. Box 981535 El Paso, TX 79998-1535 | - | | | | | | 21,548.05 |
| Account No. | | | | | | | |
| **American Express Travel Related** PO Box 981540 El Paso, TX 79998-1540 | | | American Express | | | | Notice Only |
| Account No. **371545152001009** | | | | | | | |
| **Zwicker & Associates PC** PO Box 101145 Birmingham, AL 35210-6145 | | | American Express | | | | Notice Only |
| Account No. | | | | | | | |
| **Zwicker & Associates, P.C.** 2915 N 67th Place Scottsdale, AZ 85251 | | | American Express | | | | Notice Only |

Sheet no. __1__ of __42__ sheets attached to Schedule of          Subtotal                            22,143.05
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.** _____,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3783-409463-43005** <br><br> **American Express Business Platinum** <br> **PO Box 981540** <br> **El Paso, TX 79998-1540** | - | | | | | | **87,495.23** |
| Account No. <br><br> **American Express** <br> **P.O. Box 297812** <br> **Fort Lauderdale, FL 33329** | | | **American Express Business Platinum** | | | | **Notice Only** |
| Account No. **75972** <br><br> **Jaffe & Asher LLP** <br> **600 Third Ave** <br> **New York, NY 10016-1901** | | | **American Express Business Platinum** | | | | **Notice Only** |
| Account No. **3783-409463-43005** <br><br> **Wagner & Hunt, PA** <br> **PO Box  934788** <br> **Margate, FL 33093-4788** | | | **American Express Business Platinum** | | | | **Notice Only** |
| Account No. **3725-267054-41008** <br><br> **American Express Line of Credit** <br> **PO Box  1270** <br> **Newark, NJ 07101-1270** | - | | | | | | **17,367.32** |

Sheet no. __**2**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     |    **104,862.55**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   __Heartland Advertising, Inc._____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **14415858**<br><br>**Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | | **American Express Line of Credit** | | | | **Notice Only** |
| Account No. **12239770**<br><br>**United Recovery Systems LP**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | | | **American Express Line of Credit** | | | | **Notice Only** |
| Account No.<br><br>**Anniston Star**<br>**PO box 2234**<br>**Anniston, AL 36202** | | - | | | | | | **76.00** |
| Account No. **5123948**<br><br>**Arkansas Democrat-Gazette, Inc.**<br>**PO Box 2221**<br>**Little Rock, AR 72203** | | - | | | | | | **524.19** |
| Account No. **5123948**<br><br>**First Collection Services**<br>**10925 Otter Creek E. Blvd**<br>**Mabelvale, AR 72103** | | | | **Arkansas Democrat-Gazette, Inc.** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. __3___ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **600.19** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**
                                                          , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **220674** | | | | | | | |
| **Asheville Citizen-Times** P.O. Box  677564 Dallas, TX 75267-7564 | - | | | | | | 836.23 |
| Account No. **EB16134045** | | | | | | | |
| **AT & T Global Services, Inc.** PO Box 8102 Aurora, IL 60507-8102 | - | | | | | | 1,500.00 |
| Account No. **831-000-1292-775** | | | | | | | |
| **AT&T Business Services** PO Box  16740 Mesa, AZ 85201 | - | | | | | | 3,022.84 |
| Account No. **831-000-0818-888** | | | | | | | |
| **AT&T Business Services** PO Box  16740 Mesa, AZ 85201 | - | | | | | | 1,142.94 |
| Account No. **100-20111000** | | | | | | | |
| **AT&T Global Services** PO Box  8102 Aurora, IL 60507-8102 | - | | | | | | 3,518.00 |

Sheet no. __4___ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10,020.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Atlantic News Telegrap**<br>**PO box 230**<br>**Atlantic, IA 50022-0230** | | - | | | | | 121.00 |
| Account No. 079360606 <br><br>**Austin Amer Statesman**<br>**PO Box 670**<br>**Attn:  Accounting**<br>**Austin, TX 78704** | | - | | | | | 951.81 |
| Account No. 079360606 <br><br>**Merchants & Professional Credit**<br>**11921 N. Mopac Expressway**<br>**STE, 210**<br>**Austin, TX 78714-0675** | | | **Austin Amer Statesman** | | | | Notice Only |
| Account No. 4660056 <br><br>**Baltimore Sun**<br>**501 N. Calvert Street**<br>**Baltimore, MD 21278** | | - | | | | | 1,573.03 |
| Account No. <br><br>**Biehl & Biehl**<br>**P.O. Box 66415**<br>**Chicago, IL 60666-0415** | | | **Baltimore Sun** | | | | Notice Only |

Sheet no. __5___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 2,645.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **4660605** | | | | | | | | | |
| **Biehl & Biehl, Inc.** **325 E. Fullerton Avenue** **Carol Stream, IL 60188-7410** | | | | | **Baltimore Sun** | | | | **Notice Only** |
| Account No. **5588-4505-0002-8051** | | - | | | | | | | |
| **Bank Of America** **P.O. Box 15184** **Wilmington, DE 19850-5184** | | | | | | | | | **35,600.00** |
| Account No. **4888-9311-5671-7659** | | - | | | | | | | |
| **Bank of America** **PO Box 15026** **Wilmington, DE 19850-5026** | | | | | | | | | **22,021.00** |
| Account No. | | | | | | | | | |
| **Bank of America** **PO Box 15019** **Wilmington, DE 19886-5019** | | | | | **Bank of America** | | | | **Notice Only** |
| Account No. **749-23014-4815-39** | | - | | | | | | | |
| **Bank of America Business Card** **PO Box  851001** **Dallas, TX 75285-1001** | | | | | | | | | **15,571.90** |

Sheet no. __6__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **73,192.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588-4509-7696-5893**<br><br>**Bank of America Platinum Plus for B**<br>**PO Box  15184**<br>**Wilmington, DE 19850-5184** | - | | | | | | 37,658.80 |
| Account No.<br><br>**Bay Area News Group**<br>**Dept 8215**<br>**Los Angeles, CA 90084** | - | | | | | | 1,170.00 |
| Account No. **60004217**<br><br>**Bismarck Tribune**<br>**P.O. Box  5516**<br>**Bismarck, ND 58506-5516** | - | | | | | | 1,595.76 |
| Account No.<br><br>**Capital Gazette Newspapers**<br>**200 Capital Drive**<br>**Annapolis, MD 21401** | - | | | | | | 103.00 |
| Account No. **938760**<br><br>**Capital Newspapers/Madison, WI**<br>**PO Box  14080**<br>**Madison, WI 53708-0080** | - | | | | | | 2,855.28 |

Sheet no. __7___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,382.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Heartland Advertising, Inc.**                                          ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802-1323-3135-8542** <br><br> **Capital One Visa Business Card** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | - | | | | | | **17,584.35** |
| Account No. <br><br> **Carrizo Springs Javelin** <br> **PO box 1046** <br> **Carrizo Springs, TX 78834** | - | | | | | | **78.00** |
| Account No. **4366-1630-4948-8329** <br><br> **Chase Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | - | | | | | | **32,409.00** |
| Account No. **5466-7580-0003-7506** <br><br> **Chase Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | - | | | | | | **14,518.00** |
| Account No. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | | **Chase Cardmember Services** | | | | **Notice Only** |

Sheet no. __8___ of _42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**64,589.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                     ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **592620000** <br><br> **Chicago Sun-Times** <br> **350 N. Orleans** <br> **Chicago, IL 60610** | - | | | | | | **2,634.15** |
| Account No. **4729064** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Chicago Sun-Times** | | | | **Notice Only** |
| Account No. **4660081** <br><br> **Chicago Tribune** <br> **435 N. Michigan** <br> **Chicago, IL 60611-4024** | - | | | | | | **4,568.71** |
| Account No. **4660081** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Chicago Tribune** | | | | **Notice Only** |
| Account No. **592620000** <br><br> **Chicago Tribune** <br> **435 N. Michigan** <br> **Chicago, IL 60611-4024** | - | | | | | | **2,634.15** |

Sheet no. __9__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **9,837.01** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                          ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4729064** | | | | | | | | |
| **Biehl & Biehl, Inc.** **P.O. Box 87410** **Carol Stream, IL 60188-7410** | | | | Chicago Tribune | | | | **Notice Only** |
| Account No. **001983** | | | | | | | | |
| **Chronicle Times/Le Mars ,IA** **PO Box  930** **Le Mars, IA 51031-0930** | | - | | | | | | 579.13 |
| Account No. **4722090** | | | | | | | | |
| **Cincinnati Enquirer** **312 Elm Street** **Cincinnati, OH 45202** | | - | | | | | | 924.86 |
| Account No. **4722090** | | | | | | | | |
| **Biehl & Biehl, Inc.** **P.O. Box 87410** **Carol Stream, IL 60188-7410** | | | | Cincinnati Enquirer | | | | **Notice Only** |
| Account No. **0068584319** | | | | | | | | |
| **Citibank-Business Banking** **100 Citibank Drive - Bldg 1 Flr 1** **Chicago, IL 60603** | | - | | | | | | 16,794.06 |

Sheet no. __**10**__ of __**42**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **18,298.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Citibank Business Bank Loan OPS 100 Citibank Drive Bldg 3 Fl2 San Antonio, TX 78245** | | | **Citibank-Business Banking** | | | | **Notice Only** |
| Account No. **68584319** | | | | | | | |
| **Pro Consulting Services, Inc. C/o PO Box  66768 Houston, TX 77266-6768** | | | **Citibank-Business Banking** | | | | **Notice Only** |
| Account No. **5410-6584-4493-1743** | | | | | | | |
| **Citicards PO Box 182564 Columbus, OH 43218-2564** | - | | | | | | **17,975.00** |
| Account No. **0001566396** | | | | | | | |
| **Coloradoan Media Group 1300 Riverside Ave Fort Collins, CO 80524** | - | | | | | | **1,817.00** |
| Account No. **338195** | | | | | | | |
| **Gannett Center for Credit & Collect PO Box  677316 Dallas, TX 75267-7316** | | | **Coloradoan Media Group** | | | | **Notice Only** |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,792.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **07-0220-60379** <br><br> **Comcast Cable** <br> **PO Box 3001** <br> **Southeastern, PA 19398** | | - | | | | | | 923.51 |
| Account No. **07-0220-60379** <br><br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Dept. 9133** <br> **Newton Center, MA 02459** | | | | **Comcast Cable** | | | | **Notice Only** |
| Account No. **143344** <br><br> **Connecticut Media Group** <br> **PO 337755** <br> **Hartford, CT 06150-3775** | | - | | | | | | 779.98 |
| Account No. **146319** <br><br> **Cox NC Publications/Greenville, NC** <br> **PO BOX 1967** <br> **Greenville, NC 27835** | | - | | | | | | 597.61 |
| Account No. <br><br> **Daily Herald/Arlington Heights, IL** <br> **PO BOX 280** <br> **Arlington Heights, IL 60006-0280** | | - | | | | | | 6,187.15 |

Sheet no. __**12**__ of __**42**__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    |    **8,488.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                      ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4680999** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Daily Herald/Arlington Heights, IL** | | | | **Notice Only** |
| Account No. **6011-5000=3954-7701** <br><br> **Dell Commerical Credit** <br> **PO Box  689020** <br> **Des Moines, IA 50368-9020** | | - | | | | | **2,088.92** |
| Account No. <br><br> **Denver Newspaper Agency** <br> **101 West Colfax** <br> **Denver, CO 80202** | | - | | | | | **4,361.38** |
| Account No. **1361177** <br><br> **Levy Diamond Bello & Associates** <br> **PO BOX  352** <br> **Milford, CT 06460-0352** | | | **Denver Newspaper Agency** | | | | **Notice Only** |
| Account No. **593212001** <br><br> **Deroit Media Partnership** <br> **615 W. Lafayette Blvd.** <br> **Detroit, MI 48226** | | - | | | | | **605.05** |

Sheet no. __**13**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **7,055.35**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                          ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **21611901** <br><br> **Des Moines Register** <br> **715 West Locust Street** <br> **Des Moines, IA 50309-3771** | - | | | | | | 3,966.97 |
| Account No. **4648549** <br><br> **Joseph, Mann & Creed Collection Age** <br> **20600 Chagrin Blvd.** <br> **Beachwood, OH 44122-5340** | | | **Des Moines Register** | | | | Notice Only |
| Account No. <br><br> **Dickinson County News** <br> **1706 Ithaca Ave** <br> **PO box AE** <br> **Spirit Lake, IA 51360** | - | | | | | | 107.00 |
| Account No. **4094865** <br><br> **Dominion Ent-Employment Guide** <br> **150 Granby** <br> **Norfolk, VA 23510** | - | | | | | | 1,423.01 |
| Account No. **4094865** <br><br> **Caine & Weiner** <br> **PO BOX  5010** <br> **Woodland Hills, CA 91365-5010** | | | **Dominion Ent-Employment Guide** | | | | Notice Only |

Sheet no. __**14**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,496.98**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.** ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2313281** <br><br> **Evansville Courier & Press** <br> **300 E. Walnut Street** <br> **Evansville, IN 47702-0268** | - | | | | | | 918.89 |
| Account No. <br><br> **Evening News** <br> **221 Spring Street** <br> **PO Box 867** <br> **Jeffersonville, IN 47131** | - | | | | | | 173.00 |
| Account No. **5473-7824-0008-6682** <br><br> **Fifth Third Bank** <br> **PO Box  740789** <br> **Cincinnati, OH 45274-0789** | - | | | | | | 14,174.61 |
| Account No. **1048373** <br><br> **Fort Wayne Newspapers** <br> **600 West Main Street** <br> **PO Box 100** <br> **Fort Wayne, IN 46801-0100** | - | | | | | | 631.00 |
| Account No. <br><br> **Forum Communications** <br> **Duluth News Tribune** <br> **424 W First Street** <br> **Duluth, MN 55802** | - | | | | | | 289.00 |

Sheet no. __**15**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **16,186.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Heartland Advertising, Inc.**_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **102616** <br><br> **Gannett Healthcare Group** <br> **7950 Jones Branch Drive** <br> **Mc Lean, VA 22107-0910** | | - | | | | | | **7,786.80** |
| Account No. **102616** <br><br> **Sprechman & Associates, P.A.** <br> **2775 Sunny Isles Boulevard** <br> **STE  100** <br> **North Miami Beach, FL 33160-4007** | | | | **Gannett Healthcare Group** | | | | **Notice Only** |
| Account No. <br><br> **Gannett Michigan Newspapers** <br> **PO Box 30318** <br> **Lansing, MI 48919** | | - | | | | | | **177.00** |
| Account No. <br><br> **Gannett New Jersey Newspapers** <br> **7950 Jones Branch Drive** <br> **Mc Lean, VA 22107** | | - | | | | | | **525.17** |
| Account No. <br><br> **Gannett NJ Newspapers** <br> **3601 Highway 66** <br> **Box 1550** <br> **Neptune, NJ 07754-1556** | | - | | | | | | **118.00** |

Sheet no. **_16_** of **_42_** sheets attached to Schedule of                    Subtotal                | **8,606.97**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **029732-01** | | | | | | | | |
| **Gannett Tennessee/The Leaf Chronicl** **PO Box  677318** **Dallas, TX 75267-7318** | - | | | | | | | 682.30 |
| Account No. | | | | | | | | |
| **Grand Valley Lanthom** **Grand Valley State University** **0051 Kirkhof Center** **Allendale, MI 49401** | - | | | | | | | 228.00 |
| Account No. **051919** | | | | | | | | |
| **Great Falls Tribune** **PO BOX  5468** **Great Falls, MT 59403** | - | | | | | | | 857.47 |
| Account No. | | | | | | | | |
| **Heartland Publications** **The Harland Daily Enterprise** **1548 South US 421** **Harlan, KY 40831** | - | | | | | | | 169.00 |
| Account No. | | | | | | | | |
| **Herald Democrat** **603 S Sam Rayburn Frwy** **PO Box 1128** **Sherman, TX 75091** | - | | | | | | | 30.00 |

Sheet no. __17__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,966.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                      ,        Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **333738** <br><br> **Herald Times** <br> **PO Box 909** <br> **Bloomington, IN 47402** | | - | | | | | **1,191.90** |
| Account No. **3337338** <br><br> **Helvey & Associates, Inc.** <br> **1015 E. Center Street** <br> **Warsaw, IN 46580-3420** | | | **Herald Times** | | | | **Notice Only** |
| Account No. **22035229** <br><br> **Herald-Journal/Spartanburg** <br> **c/o Law Office of William McDermott** <br> **499 Jericho Turnpike** <br> **Mineola, NY 11501** | | - | | | | | **1,602.21** |
| Account No. **22035229** <br><br> **Law Office of William J. McDermott** <br> **499 Jericho Turnpike** <br> **Mineola, NY 11501** | | | **Herald-Journal/Spartanburg** | | | | **Notice Only** |
| Account No. **B124405** <br><br> **Hoosier Times, Inc.** <br> **PO Box 909** <br> **Bloomington, IN 47402-0909** | | - | | | | | **1,191.21** |

Sheet no. __**18**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,985.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **594440000** | | | | | | | |
| **Houston Chronicle** **PO Box  80085** **Prescott, AZ 86304-8085** | - | | | | | | **715.97** |
| Account No. **7505575** | | | | | | | |
| **Houston Community Newspapers** **523 N. Sam Houston Parkway East 600** **Houston, TX 77060** | - | | | | | | **493.52** |
| Account No. **910-0011642-000** | | | | | | | |
| **Imagetec, LP** **PO Box  550599** **Jacksonville, FL 32255-0599** | - | | | | | | **550.50** |
| Account No. **4695071** | | | | | | | |
| **Indianapolis Newspapers, Inc.** **PO Box 145** **Indianapolis, IN 46206-0145** | - | | | | | | **5,173.06** |
| Account No. **4695071** | | | | | | | |
| **Biehl & Biehl, Inc.** **P.O. Box 87410** **Carol Stream, IL 60188-7410** | | | Indianapolis Newspapers, Inc. | | | | **Notice Only** |

Sheet no. __**19**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **6,933.05**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DB3572737** <br><br> **Inland Valley Daily Bulletin** <br> **2041 E. 4th Street** <br> **Ontario, CA 91764** | | - | | | | | 2,054.97 |
| Account No. <br><br> **Jamestown Sun** <br> **PO Box 1760** <br> **Jamestown, ND 58402** | | - | | | | | 97.00 |
| Account No. <br><br> **Joseph Freed & Assoc.** <br> **33 South State Street** <br> **#400** <br> **Chicago, IL 60603** | | | **1994** <br> **lease - 36 S Wabash, Chicago** | | | | 30,912.00 |
| Account No. **24075** <br><br> **Kansas City Star** <br> **PO Box  807769** <br> **Kansas City, MO 64180-7769** | | - | | | | | 574.11 |
| Account No. **247911** <br><br> **Rauch-Milliken International. Inc.** <br> **PO. Box  8390237-8430** <br> **Metairie, LA 70011-8390** | | | **Kansas City Star** | | | | **Notice Only** |

Sheet no. __**20**__ of __**42**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **33,638.08**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                          ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **343419271-SK**<br><br>**Lexington Herald-Leader Co.**<br>**2100 Q Street**<br>**Sacramento, CA 95816** | | - | | | | | **1,346.89** |
| Account No. **343419271-SK**<br><br>**Receivable Management Services**<br>**4836 Brecksville Rd**<br>**PO Box 509**<br>**Richfield, OH 44286** | | | **Lexington Herald-Leader Co.** | | | | **Notice Only** |
| Account No. **653700003**<br><br>**Los Angeles Times**<br>**202 W. First Street**<br>**Los Angeles, CA 90012** | | - | | | | | **1,148.56** |
| Account No. **653700003**<br><br>**Los Angeles Times**<br>**202 W. First Street**<br>**Los Angeles, CA 90012** | | - | | | | | **310.25** |
| Account No.<br><br>**Lowell Publishing Co**<br>**PO Box 1477**<br>**Lowell, MA 01853-1477** | | - | | | | | **218.00** |

Sheet no. __21__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,023.70**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Heartland Advertising, Inc.**                                          ,    Case No. _____

                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **213841** | | | | | | | | | |
| **MB Financial Bank, NA c/o Ruff Weidenaar & Reidy Ltd 222 N LaSalle Street, #700 Chicago, IL 60601** | - | | | | | | | | 104,528.85 |
| Account No. **LR 46429** | | | | | | | | | |
| **MB Financial Bank, N.A. North Loop One East Wacker Drive Chicago, IL 60601** | | | | | **MB Financial Bank, NA** | | | | **Notice Only** |
| Account No. **1001334122** | | | | | | | | | |
| **Media One of Utah PO Box  704005 Salt Lake City, UT 84170-4005** | - | | | | | | | | 955.56 |
| Account No. **528130** | | | | | | | | | |
| **Media One PA/York Newspaper Co. 1891 Loucks Road York, PA 17408** | - | | | | | | | | 513.65 |
| Account No. | | | | | | | | | |
| **Meridian Star PO box 1591 Meridian, MS 39301** | - | | | | | | | | 84.00 |

Sheet no. __**22**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **106,082.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **080060002** <br><br> **Midland Reporter-Telegram** <br> **PO Box  1650** <br> **Midland, TX 79702** | - | | | | | | **834.40** |
| Account No. **620096** <br><br> **Milwaukee Journal & Sentinel** <br> **PO Box  3063** <br> **Milwaukee, WI 53201-3063** | - | | | | | | **951.31** |
| Account No. **4673828** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Milwaukee Journal & Sentinel** | | | | **Notice Only** |
| Account No. **635941** <br><br> **Milwaukee Journal & Sentinel** <br> **c/o Biehl & Biehl, Inc.** <br> **PO Box 87410** <br> **Carol Stream, IL 60188-7410** | - | | | | | | **1,292.78** |
| Account No. **4673828** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Milwaukee Journal & Sentinel** | | | | **Notice Only** |

Sheet no. __**23**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,078.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.** ,                  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **570960003** <br><br>**New York Daily News** <br>**450 West 33rd Street** <br>**New York, NY 10001-2681** | | - | | | | | 8,361.86 |
| Account No. <br><br>**News & Review Classified** <br>**1015 20th Street** <br>**Sacramento, CA 95814** | | - | | | | | 250.00 |
| Account No. <br><br>**North County Times** <br>**PO Box 54358** <br>**Los Angeles, CA 90054-0358** | | - | | | | | 324.00 |
| Account No. <br><br>**Odessa American** <br>**Business Office** <br>**Po Box 2952** <br>**Odessa, TX 79760-2952** | | - | | | | | 220.00 |
| Account No. **6011-5642-0093-2829** <br><br>**Office Depot Credit Card Plan** <br>**P.O. Box 689182** <br>**Des Moines, IA 50368-9182** | | - | | | | | 500.00 |

Sheet no. __24__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,655.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oldham Era**<br>**Landmark Comm Newspapers**<br>**PO Box 1118**<br>**Shelbyville, KY 40066-1118** | - | | | | | | **106.00** |
| Account No. **100840**<br><br>**Omaha World Herald**<br>**1314 Douglas Street**<br>**STE  650**<br>**Omaha, NE 68102-1811** | - | | | | | | **5,415.02** |
| Account No. **002002-218876**<br><br>**PMC, Inc.**<br>**14344 Y Street**<br>**STE  103**<br>**Omaha, NE 68137** | | | **Omaha World Herald** | | | | **Notice Only** |
| Account No.<br><br>**One South State Street, LLC**<br>**c/o Laurence H Freed**<br>**33 S State Street #400**<br>**Chicago, IL 60603** | - | | **lease - 36 S Wabash** | | | | **0.00** |
| Account No.<br><br>**John Freed and Associates LLC**<br>**Gateway Center**<br>**220 N Smith STreet #300**<br>**Palatine, IL 60067** | | | **One South State Street, LLC** | | | | **Notice Only** |

Sheet no. __**25**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,521.02**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   __Heartland Advertising, Inc._____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1632269** | | | | | | | | |
| **Opubco Communications Group/Ok** **c/o Biehl & Biehl** **PO Box 87410** **Carol Stream, IL 60188-7410** | - | | | | | | | **6,192.97** |
| Account No. **1509110055** | | | | | | | | |
| **Oregonian Publishing Co.** **c/o Avadanian & Adler** **6001 Broken Sound Pkwy NW, #404** **Boca Raton, FL 33487-2754** | - | | | | | | | **760.02** |
| Account No. **0A280350** | | | | | | | | |
| **Osprey Media Publishing Inc.** **100 Renfrew Drive** **STE  110** **Markham** | - | | | | | | | **828.09** |
| Account No. **4777490** | | | | | | | | |
| **Palm Beach Newspaper** **c/o Joseph, Mann & Creed Collection** **20600 Chagrin Blvd** **Beachwood, OH 44122-5340** | - | | | | | | | **1,126.30** |
| Account No. **4777490** | | | | | | | | |
| **Joseph, Mann & Creed Collection Age** **20600 Chagrin Blvd.** **Beachwood, OH 44122-5340** | | | | Palm Beach Newspaper | | | | **Notice Only** |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,907.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                              ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **560060001** | | | | | | | | |
| **Philadelphia Newspapers Inc. c/o Sentinel Collection Agency 7790 Rockwell Ave, Suite 2 Philadelphia, PA 19111** | - | | | | | | | 2,417.84 |
| Account No. | | | | | | | | |
| **Pilot Tribune PO Box 1187 Storm Lake, IA 50588** | - | | | | | | | 238.00 |
| Account No. **06303** | | | | | | | | |
| **Pioneer Press 3701 West Lake Avenue Glenview, IL 60026** | - | | | | | | | 369.80 |
| Account No. **319645a-17** | | | | | | | | |
| **Portland Press Herald c/o Receivable Mgmt Corp PO Box 2471 Woburn, MA 01888** | - | | | | | | | 413.55 |
| Account No. **4683259** | | | | | | | | |
| **Post Bulletin Co./Rochester, MN c/o Biehl & Biehl PO Box 87410 Carol Stream, IL 60188-7410** | - | | | | | | | 572.30 |

Sheet no. __27__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,011.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23572737** <br><br> **Post Register** <br> **PO Box  1800** <br> **Idaho Falls, ID 83403** | | - | | | | | **1,014.21** |
| Account No. <br><br> **Post-Newsweek Media** <br> **The Gazette** <br> **PO Box 17306** <br> **Baltimore, MD 21297-0523** | | - | | | | | **153.00** |
| Account No. <br><br> **Press-Register** <br> **Lock Box 1712** <br> **Mobile, AL 36633-1712** | | - | | | | | **98.00** |
| Account No. <br><br> **Joseph, Mann & Creed** <br> **PO Box 22253** <br> **Beachwood, OH 44122-0253** | | | **Press-Register** | | | | **Notice Only** |
| Account No. <br><br> **Reno Gazette Journal** <br> **PO Box 677345** <br> **Dallas, TX 75267-7345** | | - | | | | | **77.00** |

Sheet no. __**28**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,342.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Heartland Advertising, Inc.**                                              ,    Case No. _____

                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3016797**<br><br>**Richmond Times-Dispatch**<br>**PO Box  27775**<br>**Richmond, VA 23261-7775** | | - | | | | | **402.40** |
| Account No.<br><br>**Russell County News**<br>**PO box 513**<br>**Russell, KS 67665-0513** | | - | | | | | **229.00** |
| Account No. **015484700**<br><br>**San Francisco Chronicle**<br>**c/o Robinson Kappos**<br>**PO Box 191910**<br>**San Francisco, CA 94119-1910** | | - | | | | | **965.59** |
| Account No. **132578-3**<br><br>**San Gabriel Valley Tribune**<br>**1210 N. Azusa Canyon Road**<br>**West Covina, CA 91790** | | - | | | | | **767.52** |
| Account No. **132578-3**<br><br>**Guardian Associates Collection**<br>**13746 Victory Boulevard**<br>**STE  311**<br>**Van Nuys, CA 91401** | | | **San Gabriel Valley Tribune** | | | | **Notice Only** |

Sheet no. __**29**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,364.51**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                    ,   Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Sarasota Herald Tribune** **PO box 911364** **Orlando, FL 32891-1364** | | - | | | | | | 152.00 |
| Account No. | | | | | | | | |
| **Sioux City Journal** **515 Pavonia Street** **Sioux City, IA 51102** | | - | | | | | | 915.49 |
| Account No. | | | | | | | | |
| **Szabo Associates, Inc.** **3355 Lenox Road, N.E.** **9th Floor** **Atlanta, GA 30326-1332** | | | | **Sioux City Journal** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sound Publishing** **19351 8th Avenue NE** **Suite 106** **Poulsbo, WA 98370** | | - | | | | | | 103.00 |
| Account No. | | | | | | | | |
| **South Bend Tribune** **225 W Colfax** **South Bend, IN 46626** | | - | | | | | | 155.00 |

Sheet no. __30__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,325.49**

B6F (Official Form 6F) (12/07) - Cont.

In re __Heartland Advertising, Inc._____,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**South Georgia Media Group**<br>**PO Box  968**<br>**Valdosta, GA 31603** | | - | | | | | | 752.89 |
| Account No. **020061**<br><br>**Springfield News-Leader**<br>**PO Box  677568**<br>**Dallas, TX 75267-7568** | | - | | | | | | 625.35 |
| Account No. **924335902**<br><br>**Sprint**<br>**PO Box  21900**<br>**Kansas City, MO 64121-9100** | | - | | | | | | 294.05 |
| Account No.<br><br>**St Peterburg Times**<br>**c/o Maf Collection Services**<br>**PO box 2842**<br>**Tampa, FL 33601-2842** | | - | | | | | | 108.00 |
| Account No. **659387**<br><br>**St. Louis Post-Dispatch**<br>**900 N. Tucker Blvd.**<br>**Saint Louis, MO 63101-1099** | | - | | | | | | 2,376.77 |

Sheet no. __31__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,157.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                                  ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7972822000299699**<br><br>**Staples Credit Plan**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | - | | | | | | 251.31 |
| Account No.<br><br>**Star Herald**<br>**PO Box 1709**<br>**Scottsbluff, NE 69361** | - | | | | | | 572.55 |
| Account No.<br><br>**Panhandle Collections, Inc.**<br>**PO Box  1408**<br>**Scottsbluff, NE 69363-1408** | | | **Star Herald** | | | | **Notice Only** |
| Account No. **25366025**<br><br>**Star Telegram/Fort Worth, TX**<br>**400 W. 7th Street**<br>**Fort Worth, TX 76102** | - | | | | | | 1,317.88 |
| Account No. **24859564**<br><br>**Star Telegram/Fort Worth, TX**<br>**400 W. 7th Street**<br>**Fort Worth, TX 76102** | - | | | | | | 655.71 |

Sheet no. __**32**__ of __**42**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,797.45**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Heartland Advertising, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **600022813** <br><br> **Suburban Chicago Newspapers** <br> **6901 West 159th Street** <br> **Tinley Park, IL 60477** | | - | | | | | **1,424.77** |
| Account No. **4675357** <br><br> **Suburban Life Publications** <br> **1101 W 31st Street** <br> **Suite 100** <br> **Downers Grove, IL 60515** | | - | | | | | **1,139.55** |
| Account No. **4675357** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **Suburban Life Publications** | | | | **Notice Only** |
| Account No. **C01534** <br><br> **Tallahassee Democrat** <br> **PO Box  677585** <br> **Dallas, TX 75267-7585** | | - | | | | | **793.63** |
| Account No. **HEARTLN** <br><br> **Telegraph** <br> **PO Box  370** <br> **North Platte, NE 69103-0370** | | - | | | | | **513.00** |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,870.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                                         ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **113753** <br><br> **The Albany Herald** <br> **126 North Washington Street** <br> **Albany, GA 31701-2552** | - | | | | | | 504.39 |
| Account No. **559960004** <br><br> **The Atlanta Journal Constitution** <br> **P.O. Box 105375** <br> **Atlanta, GA 30348-5375** | - | | | | | | 2,863.10 |
| Account No. **559960004** <br><br> **The Atlanta Journal Constitution** <br> **P.O. Box  105375** <br> **Atlanta, GA 30348-5375** | - | | | | | | 1,307.59 |
| Account No. **559960004** <br><br> **The Atlanta Journal Constitution** <br> **P.O. Box 105375** <br> **Atlanta, GA 30348-5375** | - | | | | | | 4,513.76 |
| Account No. **559960004** <br><br> **The Atlanta Journal Constitution** <br> **P.O. Box 105375** <br> **Atlanta, GA 30348-5375** | - | | | | | | 1,211.40 |

Sheet no. __**34**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,400.24**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.**                              ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **The Carthaginian** **PO Box 457** **Carthage, MS 39051** | | | | | | | 111.00 |
| Account No.  **C36508** | | - | | | | | |
| **The Clarion-Ledger/Jackson** **P.O Box  677577** **Dallas, TX 75267-7577** | | | | | | | 1,136.56 |
| Account No.  **C36508** | | | | | | | |
| **Gannett Center for Credit & Collect** **PO Box  677577** **Dallas, TX 75267-7577** | | | **The Clarion-Ledger/Jackson** | | | | **Notice Only** |
| Account No.  **4712243** | | - | | | | | |
| **The Courier Journal/Louisville, KY** **P.O. Box 740031** **Louisville, KY 40201-7431** | | | | | | | 445.41 |
| Account No.  **4712243** | | | | | | | |
| **Biehl & Biehl, Inc.** **P.O. Box 87410** **Carol Stream, IL 60188-7410** | | | **The Courier Journal/Louisville, KY** | | | | **Notice Only** |

Sheet no. __**35**__ of __**42**__ sheets attached to Schedule of       Subtotal                1,692.97
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Heartland Advertising, Inc.** ,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **50003080** <br><br> **The Daily Nonpareill/Council Bluffs** <br> **PO Box 797** <br> **Council Bluffs, IA 51502** | | - | | | | | 356.29 |
| Account No. **507250004** <br><br> **The Dallas Morning News** <br> **PO BOX 660040** <br> **Dallas, TX 75266-0040** | | - | | | | | 757.12 |
| Account No. **108270** <br><br> **The Greenville News** <br> **P.O. Box 677566** <br> **Dallas, TX 75267-7566** | | - | | | | | 1,644.79 |
| Account No. **1212828** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **The Greenville News** | | | | **Notice Only** |
| Account No. **7091211** <br><br> **The Hour/Norwalk, CT** <br> **346 Main Avenue** <br> **Norwalk, CT 06851-0790** | | - | | | | | 967.92 |

Sheet no. __**36**__ of __**42**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,726.12**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.** _____ ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0069607** <br><br> **The Huntsville Times** <br> **PO Box 7069 WS** <br> **Huntsville, AL 35807** | | - | | | | | **707.00** |
| Account No. <br><br> **The Joplin Globe** <br> **117 E 4th Street** <br> **Joplin, MO 64801** | | - | | | | | **259.46** |
| Account No. <br><br> **Commercial Collection Bureau** <br> **P.O. Box 25067** <br> **Saint Paul, MN 55125** | | | **The Joplin Globe** | | | | **Notice Only** |
| Account No. **1003723** <br><br> **The Mercury News/San Jose, CA** <br> **Dept. 8217** <br> **Los Angeles, CA 90084-8217** | | - | | | | | **2,797.57** |
| Account No. **35737371** <br><br> **The News & Observer/Raleigh, NC** <br> **215 South McDowell Street** <br> **Raleigh, NC 27601** | | - | | | | | **851.18** |

Sheet no. __**37**__ of __**42**__ sheets attached to Schedule of           Subtotal                **4,615.21**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                         ,         Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joseph, Mann & Creed Collection Age** <br> **20600 Chagrin Blvd.** <br> **ste  550** <br> **Beachwood, OH 44122-5340** | | | **The News & Observer/Raleigh, NC** | | | | **Notice Only** |
| Account No. **1212746** <br><br> **The News Journal/Wilmington, DE** <br> **PO Box 15505** <br> **Wilmington, DE 19850** | | - | | | | | **2,772.64** |
| Account No. **1212746** <br><br> **Biehl & Biehl, Inc.** <br> **P.O. Box 87410** <br> **Carol Stream, IL 60188-7410** | | | **The News Journal/Wilmington, DE** | | | | **Notice Only** |
| Account No. **7488** <br><br> **The Patriot - News** <br> **23794 Network Pl** <br> **Chicago, IL 60673-1237** | | - | | | | | **2,012.07** |
| Account No. **104764** <br><br> **The Post & Courier/Charleston, SC** <br> **134 Columbus Street** <br> **Department #400** <br> **Charleston, SC 29403-4800** | | - | | | | | **712.39** |

Sheet no. __38__ of __42__ sheets attached to Schedule of                      Subtotal                              **5,497.10**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                      ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Press-Enterprise Company**<br>**3450 Fourteenth Street**<br>**Riverside, CA 92501** | - | | | | | | **3,018.00** |
| Account No.<br><br>**Badger Law Office**<br>**5005 La Mart Drive**<br>**STE 101**<br>**Riverside, CA 92507** | | | **The Press-Enterprise Company** | | | | **Notice Only** |
| Account No. **9632**<br><br>**The Progress Index/Petersburg, VA**<br>**15 Franklin Street**<br>**Petersburg, VA 23803** | - | | | | | | **1,232.31** |
| Account No. **9632**<br><br>**Commercial Auditors Corporation**<br>**PO Box 48990**<br>**Minneapolis, MN 55448** | | | **The Progress Index/Petersburg, VA** | | | | **Notice Only** |
| Account No.<br><br>**The Rocket**<br>**214 University Union**<br>**Slippery Rock University**<br>**Slippery Rock, PA 16057** | - | | | | | | **65.00** |

Sheet no. __**39**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,315.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **161265**<br><br>**The Seattle Times/Seattle, WA**<br>**PO Box 70**<br>**Seattle, WA 98111** | - | | | | | | **4,887.53** |
| Account No. **161265**<br><br>**National Assoc of Credit Management**<br>**2118 Third Avenue**<br>**Seattle, WA 98111-3966** | | | **The Seattle Times/Seattle, WA** | | | | **Notice Only** |
| Account No. **HEAR5150060410**<br><br>**The Star - Ledger/New Jersey**<br>**One Star - Ledger Plaza**<br>**Newark, NJ 07102-1200** | - | | | | | | **1,305.80** |
| Account No. **HEAR5150055208**<br><br>**The Star - Ledger/New Jersey**<br>**One Star - Ledger Plaza**<br>**Newark, NJ 07102-1200** | - | | | | | | **3,866.76** |
| Account No. **C429310**<br><br>**The State Newspaper/Columbia, SC**<br>**1401 Shop Road**<br>**Columbia, SC 29201-4814** | - | | | | | | **966.95** |

Sheet no. __**40**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,027.04**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Heartland Advertising, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **81544** <br><br> **The Times-Picayune/New Orleans** <br> **3800 Howard Ave.** <br> **New Orleans, LA 70140-1097** | - | | | | | | **643.28** |
| Account No. **4684113** <br><br> **The Vindicator/Youngstown, OH** <br> **107 Vindicator Square** <br> **Youngstown, OH 44503** | - | | | | | | **465.74** |
| Account No. **4684113** <br><br> **Joseph, Mann & Creed Collection Age** <br> **20600 Chagrin Blvd.** <br> **Beachwood, OH 44122-5340** | - | | **The Vindicator/Youngstown, OH** | | | | **Notice Only** |
| Account No. <br><br> **Times-Call** <br> **350 Terry Street** <br> **PO box 299** <br> **Longmont, CO 80502-0299** | - | | | | | | **99.00** |
| Account No. <br><br> **Tribune-Democrat** <br> **PO Box 340** <br> **Johnstown, PA 15907-0340** | - | | | | | | **138.00** |

Sheet no. __**41**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,346.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Heartland Advertising, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1010164156**<br><br>**Washington Post Media**<br>**PO Box  17641**<br>**Baltimore, MD 21297-1641** | - | | | | | | 9,138.11 |
| Account No. **5474-6442-4681-2623**<br><br>**Wells Fargo Business Line**<br>**PO BOX  348750**<br>**Sacramento, CA 95834** | - | | | | | | 74,256.34 |
| Account No.<br><br>**Wilkes Barre Publishing Co**<br>**15 N Main Street**<br>**Wilkes Barre, PA 18711-0250** | - | | | | | | 128.00 |
| Account No.<br><br>**Zavala County Sentinel**<br>**202 E Nueces Street**<br>**Crystal City, TX 78839** | - | | | | | | 57.00 |
| Account No. | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 83,579.45 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 746,004.15 |

B6G (Official Form 6G) (12/07)

.

In re  **Heartland Advertising, Inc.**                                                    ,        Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **One South State Street, LLC**<br>**c/o Laurence H Freed**<br>**33 S State Street #400**<br>**Chicago, IL 60603** | **commercial lease at 36 S Wabash, Suite 1402,**<br>**Chicago, Illinois**<br>**4/1994 - 10/2009** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Heartland Advertising, Inc.**                                                  ,   Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Heartland Advertising, Inc.**                      Case No. _____
                                              Debtor(s)                    Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **53**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 3, 2010**_____         Signature      **/s/ Mark Dworkin**_____
                                                                   **Mark Dworkin**
                                                                    **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Heartland Advertising, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,516,699.00** | **2008 -** |
| **$211,368.00** | **2009** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MB Financial v. Heartland Advertising, Inc. et al 2009 L - 015168** | **collections** | **Circuit Court of Cook County, Illinois Chicago, IL** | **dismissed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lorraine M. Greenberg**<br>**150 North Michigan Avenue**<br>**Suite 800**<br>**Chicago, IL 60601** | **various** | **$299 for court courts;  $5,000 for attorneys fees** |

4

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **MB Financial Bank N.A.**<br>**801 West Madison Street**<br>**Chicago, IL 60607** | **checking account  $0** | **July, 2009**<br>**$0** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Fifth Third Bank**<br>**PO Box  740789**<br>**Cincinnati, OH 45274-0789** | **various** | |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **36 S Wabash**<br>**Suite 1402**<br>**Chicago, Illinois  60602** | **Heartland Advertising, Inc.** | |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **Robert Grantman** | **1091 Chase Trail**<br>**New Lenox, IL 60451** | **quarterly while Heartland Advertising,**<br>**Inc. operated** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Mark Dworkin** | **214 Enfield Green**<br>**Frederiksted, VI 00840** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mark Dworkin** **214 Enfield Green** **Frederiksted, VI 00840** | **President** | **100% shares, common stock** |

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June  3, 2010**                                      Signature    **/s/ Mark Dworkin**
                                                                          **Mark Dworkin**
                                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Heartland Advertising, Inc.**  Case No. _____

Debtor(s)  Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.   [Other provisions as needed]
       **preparing documents for filing bankruptcy petition and schedules; ordering tax transcripts, credit reports when necessary, background check, possibly verification of assets, and possibly verification of valuations of assets, review of income to determine CMI and DMI, reviewing documents with client, attending meeting of creditors, advising client regarding reaffirmation agreements, redemption, notifying creditors of bankruptcy filing; motions to avoid liens in personal property**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **representation in any adversary proceeding unless specifically contracted for and additional fees are paid; and unless otherwise provided for in the Court's Model Retention Agreement mandated to be used in Chapter 13 cases, the following professional legal services are not included unless specifically contracted for and additional fees are paid:  1) the preparation of and presentation of motion for redemption;  2) and the preparation of and presentation of motions to avoid judicial lien; 2)  and the preparation of and presentation of motions to avoid lien in personal property.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June  3, 2010**

**/s/ Lorraine M. Greenberg   ARDC No.:**
**Lorraine M. Greenberg   ARDC No.: 3129023**
**Lorraine M. Greenberg**
**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**
**312-588-3330  Fax: 312-264-5620**
**lgreenberg@greenberglaw.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Heartland Advertising, Inc.**                          Case No.

                                      Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:               **191**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June  3, 2010**                  **/s/ Mark Dworkin**

                                            **Mark Dworkin**/**President**

                                            Signer/Title

```
A, T & T
PO Box 8100
Aurora, IL 60507-8100


ADT Security Services, Inc.
PO Box  371967
Pittsburgh, PA 15250-7967


Albuquerque Publishing Company
P.O. Box 95777
Albuquerque, NM 87199-5777


American Express
Attn: Bankruptcy
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 297812
Fort Lauderdale, FL 33329


American Express Business Platinum
PO Box 981540
El Paso, TX 79998-1540


American Express Line of Credit
PO Box  1270
Newark, NJ 07101-1270


American Express Travel Related
PO Box 981540
El Paso, TX 79998-1540


Anniston Star
PO box 2234
Anniston, AL 36202


Arkansas Democrat-Gazette, Inc.
PO Box 2221
Little Rock, AR 72203


Asheville Citizen-Times
P.O. Box  677564
Dallas, TX 75267-7564
```

AT & T Capital Services, Inc
13160 Collections Center Drive
Chicago, IL 60693


AT & T Global Services, Inc.
PO Box 8102
Aurora, IL 60507-8102


AT&T Business Services
PO Box 16740
Mesa, AZ 85201


AT&T Global Services
PO Box 8102
Aurora, IL 60507-8102


Atlantic News Telegrap
PO box 230
Atlantic, IA 50022-0230


Austin Amer Statesman
PO Box 670
Attn: Accounting
Austin, TX 78704


Badger Law Office
5005 La Mart Drive
STE 101
Riverside, CA 92507


Baltimore Sun
501 N. Calvert Street
Baltimore, MD 21278


Bank Of America
P.O. Box 15184
Wilmington, DE 19850-5184


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America Business Card
PO Box 851001
Dallas, TX 75285-1001

Bank of America Platinum Plus for B
PO Box 15184
Wilmington, DE 19850-5184

Bay Area News Group
Dept 8215
Los Angeles, CA 90084

Biehl & Biehl
P.O. Box 66415
Chicago, IL 60666-0415

Biehl & Biehl, Inc.
325 E. Fullerton Avenue
Carol Stream, IL 60188-7410

Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188-7410

Bismarck Tribune
P.O. Box 5516
Bismarck, ND 58506-5516

Caine & Weiner
PO BOX 5010
Woodland Hills, CA 91365-5010

Capital Gazette Newspapers
200 Capital Drive
Annapolis, MD 21401

Capital Newspapers/Madison, WI
PO Box 14080
Madison, WI 53708-0080

Capital One Visa Business Card
PO Box 71083
Charlotte, NC 28272-1083

Carrizo Springs Javelin
PO box 1046
Carrizo Springs, TX 78834


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chicago Sun-Times
350 N. Orleans
Chicago, IL 60610


Chicago Tribune
435 N. Michigan
Chicago, IL 60611-4024


Chronicle Times/Le Mars ,IA
PO Box  930
Le Mars, IA 51031-0930


Cincinnati Enquirer
312 Elm Street
Cincinnati, OH 45202


Citibank Business Bank Loan OPS
100 Citibank Drive
Bldg 3 Fl2
San Antonio, TX 78245


Citibank-Business Banking
100 Citibank Drive - Bldg 1 Flr 1
Chicago, IL 60603


Citicards
PO Box 182564
Columbus, OH 43218-2564


Coloradoan Media Group
1300 Riverside Ave
Fort Collins, CO 80524

Comcast Cable
PO Box 3001
Southeastern, PA 19398


Commercial Auditors Corporation
PO Box 48990
Minneapolis, MN 55448


Commercial Collection Bureau
P.O. Box 25067
Saint Paul, MN 55125


Connecticut Media Group
PO 337755
Hartford, CT 06150-3775


Cox NC Publications/Greenville, NC
PO BOX 1967
Greenville, NC 27835


Credit Collection Services
Two Wells Avenue
Dept. 9133
Newton Center, MA 02459


Daily Herald/Arlington Heights, IL
PO BOX 280
Arlington Heights, IL 60006-0280


Dell Commerical Credit
PO Box 689020
Des Moines, IA 50368-9020


Denver Newspaper Agency
101 West Colfax
Denver, CO 80202


Deroit Media Partnership
615 W. Lafayette Blvd.
Detroit, MI 48226


Des Moines Register
715 West Locust Street
Des Moines, IA 50309-3771

Dickinson County News
1706 Ithaca Ave
PO box AE
Spirit Lake, IA 51360


Dominion Ent-Employment Guide
150 Granby
Norfolk, VA 23510


Evansville Courier & Press
300 E. Walnut Street
Evansville, IN 47702-0268


Evening News
221 Spring Street
PO Box 867
Jeffersonville, IN 47131


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789


First Collection Services
10925 Otter Creek E. Blvd
Mabelvale, AR 72103


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Fort Wayne Newspapers
600 West Main Street
PO Box 100
Fort Wayne, IN 46801-0100


Forum Communications
Duluth News Tribune
424 W First Street
Duluth, MN 55802


Gannett Center for Credit & Collect
PO Box 677316
Dallas, TX 75267-7316

Gannett Center for Credit & Collect
PO Box  677577
Dallas, TX 75267-7577


Gannett Healthcare Group
7950 Jones Branch Drive
Mc Lean, VA 22107-0910


Gannett Michigan Newspapers
PO Box 30318
Lansing, MI 48919


Gannett New Jersey Newspapers
7950 Jones Branch Drive
Mc Lean, VA 22107


Gannett NJ Newspapers
3601 Highway 66
Box 1550
Neptune, NJ 07754-1556


Gannett Tennessee/The Leaf Chronicl
PO Box  677318
Dallas, TX 75267-7318


Grand Valley Lanthom
Grand Valley State University
0051 Kirkhof Center
Allendale, MI 49401


Great Falls Tribune
PO BOX  5468
Great Falls, MT 59403


Guardian Associates Collection
13746 Victory Boulevard
STE  311
Van Nuys, CA 91401


Heartland Publications
The Harland Daily Enterprise
1548 South US 421
Harlan, KY 40831

Helvey & Associates, Inc.
1015 E. Center Street
Warsaw, IN 46580-3420


Herald Democrat
603 S Sam Rayburn Frwy
PO Box 1128
Sherman, TX 75091


Herald Times
PO Box 909
Bloomington, IN 47402


Herald-Journal/Spartanburg
c/o Law Office of William McDermott
499 Jericho Turnpike
Mineola, NY 11501


Hoosier Times, Inc.
PO Box 909
Bloomington, IN 47402-0909


Houston Chronicle
PO Box 80085
Prescott, AZ 86304-8085


Houston Community Newspapers
523 N. Sam Houston Parkway East 600
Houston, TX 77060


Imagetec, LP
PO Box 550599
Jacksonville, FL 32255-0599


Indianapolis Newspapers, Inc.
PO Box 145
Indianapolis, IN 46206-0145


Inland Valley Daily Bulletin
2041 E. 4th Street
Ontario, CA 91764


Jaffe & Asher LLP
600 Third Ave
New York, NY 10016-1901

Jamestown Sun
PO Box 1760
Jamestown, ND 58402


John Freed and Associates LLC
Gateway Center
220 N Smith STreet #300
Palatine, IL 60067


Joseph Freed & Assoc.
33 South State Street
#400
Chicago, IL 60603


Joseph, Mann & Creed
PO Box 22253
Beachwood, OH 44122-0253


Joseph, Mann & Creed Collection Age
20600 Chagrin Blvd.
Beachwood, OH 44122-5340


Joseph, Mann & Creed Collection Age
20600 Chagrin Blvd.
ste 550
Beachwood, OH 44122-5340


Kansas City Star
PO Box  807769
Kansas City, MO 64180-7769


Law Office of William J. McDermott
499 Jericho Turnpike
Mineola, NY 11501


Levy Diamond Bello & Associates
PO BOX  352
Milford, CT 06460-0352


Lexington Herald-Leader Co.
2100 Q Street
Sacramento, CA 95816

Los Angeles Times
202 W. First Street
Los Angeles, CA 90012


Lowell Publishing Co
PO Box 1477
Lowell, MA 01853-1477


MB Financial Bank, N.A.
North Loop
One East Wacker Drive
Chicago, IL 60601


MB Financial Bank, NA
c/o Ruff Weidenaar & Reidy Ltd
222 N LaSalle Street, #700
Chicago, IL 60601


Media One of Utah
PO Box 704005
Salt Lake City, UT 84170-4005


Media One PA/York Newspaper Co.
1891 Loucks Road
York, PA 17408


Merchants & Professional Credit
11921 N. Mopac Expressway
STE, 210
Austin, TX 78714-0675


Meridian Star
PO box 1591
Meridian, MS 39301


Midland Reporter-Telegram
PO Box 1650
Midland, TX 79702


Milwaukee Journal & Sentinel
PO Box 3063
Milwaukee, WI 53201-3063

Milwaukee Journal & Sentinel
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188-7410


National Assoc of Credit Management
2118 Third Avenue
Seattle, WA 98111-3966


New York Daily News
450 West 33rd Street
New York, NY 10001-2681


News & Review Classified
1015 20th Street
Sacramento, CA 95814


North County Times
PO Box 54358
Los Angeles, CA 90054-0358


Odessa American
Business Office
Po Box 2952
Odessa, TX 79760-2952


Office Depot Credit Card Plan
P.O. Box 689182
Des Moines, IA 50368-9182


Oldham Era
Landmark Comm Newspapers
PO Box 1118
Shelbyville, KY 40066-1118


Omaha World Herald
1314 Douglas Street
STE 650
Omaha, NE 68102-1811


One South State Street, LLC
c/o Laurence H Freed
33 S State Street #400
Chicago, IL 60603

Opubco Communications Group/Ok
c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188-7410


Oregonian Publishing Co.
c/o Avadanian & Adler
6001 Broken Sound Pkwy NW, #404
Boca Raton, FL 33487-2754


Osprey Media Publishing Inc.
100 Renfrew Drive
STE 110
Markham


Palm Beach Newspaper
c/o Joseph, Mann & Creed Collection
20600 Chagrin Blvd
Beachwood, OH 44122-5340


Panhandle Collections, Inc.
PO Box 1408
Scottsbluff, NE 69363-1408


Philadelphia Newspapers Inc.
c/o Sentinel Collection Agency
7790 Rockwell Ave, Suite 2
Philadelphia, PA 19111


Pilot Tribune
PO Box 1187
Storm Lake, IA 50588


Pioneer Press
3701 West Lake Avenue
Glenview, IL 60026


PMC, Inc.
14344 Y Street
STE 103
Omaha, NE 68137


Portland Press Herald
c/o Receivable Mgmt Corp
PO Box 2471
Woburn, MA 01888

Post Bulletin Co./Rochester, MN
c/o Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188-7410


Post Register
PO Box 1800
Idaho Falls, ID 83403


Post-Newsweek Media
The Gazette
PO Box 17306
Baltimore, MD 21297-0523


Press-Register
Lock Box 1712
Mobile, AL 36633-1712


Pro Consulting Services, Inc.
C/o PO Box 66768
Houston, TX 77266-6768


Rauch-Milliken International. Inc.
PO. Box 8390237-8430
Metairie, LA 70011-8390


Receivable Management Services
4836 Brecksville Rd
PO Box 509
Richfield, OH 44286


Reno Gazette Journal
PO Box 677345
Dallas, TX 75267-7345


Richmond Times-Dispatch
PO Box 27775
Richmond, VA 23261-7775


Russell County News
PO box 513
Russell, KS 67665-0513

San Francisco Chronicle
c/o Robinson Kappos
PO Box 191910
San Francisco, CA 94119-1910


San Gabriel Valley Tribune
1210 N. Azusa Canyon Road
West Covina, CA 91790


Sarasota Herald Tribune
PO box 911364
Orlando, FL 32891-1364


Sioux City Journal
515 Pavonia Street
Sioux City, IA 51102


Sound Publishing
19351 8th Avenue NE
Suite 106
Poulsbo, WA 98370


South Bend Tribune
225 W Colfax
South Bend, IN 46626


South Georgia Media Group
PO Box  968
Valdosta, GA 31603


Sprechman & Associates, P.A.
2775 Sunny Isles Boulevard
STE 100
North Miami Beach, FL 33160-4007


Springfield News-Leader
PO Box  677568
Dallas, TX 75267-7568


Sprint
PO Box 21900
Kansas City, MO 64121-9100

St Peterburg Times
c/o Maf Collection Services
PO box 2842
Tampa, FL 33601-2842


St. Louis Post-Dispatch
900 N. Tucker Blvd.
Saint Louis, MO 63101-1099


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368


Star Herald
PO Box 1709
Scottsbluff, NE 69361


Star Telegram/Fort Worth, TX
400 W. 7th Street
Fort Worth, TX 76102


Suburban Chicago Newspapers
6901 West 159th Street
Tinley Park, IL 60477


Suburban Life Publications
1101 W 31st Street
Suite 100
Downers Grove, IL 60515


Szabo Associates, Inc.
3355 Lenox Road, N.E.
9th Floor
Atlanta, GA 30326-1332


Tallahassee Democrat
PO Box 677585
Dallas, TX 75267-7585


Telegraph
PO Box 370
North Platte, NE 69103-0370

The Albany Herald
126 North Washington Street
Albany, GA 31701-2552


The Atlanta Journal Constitution
P.O. Box 105375
Atlanta, GA 30348-5375


The Atlanta Journal Constitution
P.O. Box 105375
Atlanta, GA 30348-5375


The Carthaginian
PO Box 457
Carthage, MS 39051


The Clarion-Ledger/Jackson
P.O Box 677577
Dallas, TX 75267-7577


The Courier Journal/Louisville, KY
P.O. Box 740031
Louisville, KY 40201-7431


The Daily Nonpareill/Council Bluffs
PO Box 797
Council Bluffs, IA 51502


The Dallas Morning News
PO BOX 660040
Dallas, TX 75266-0040


The Greenville News
P.O. Box 677566
Dallas, TX 75267-7566


The Hour/Norwalk, CT
346 Main Avenue
Norwalk, CT 06851-0790


The Huntsville Times
PO Box 7069 WS
Huntsville, AL 35807

The Joplin Globe
117 E 4th Street
Joplin, MO 64801

The Mercury News/San Jose, CA
Dept. 8217
Los Angeles, CA 90084-8217

The News & Observer/Raleigh, NC
215 South McDowell Street
Raleigh, NC 27601

The News Journal/Wilmington, DE
PO Box 15505
Wilmington, DE 19850

The Patriot - News
23794 Network Pl
Chicago, IL 60673-1237

The Post & Courier/Charleston, SC
134 Columbus Street
Department #400
Charleston, SC 29403-4800

The Press-Enterprise Company
3450 Fourteenth Street
Riverside, CA 92501

The Progress Index/Petersburg, VA
15 Franklin Street
Petersburg, VA 23803

The Rocket
214 University Union
Slippery Rock University
Slippery Rock, PA 16057

The Seattle Times/Seattle, WA
PO Box 70
Seattle, WA 98111

The Star - Ledger/New Jersey
One Star - Ledger Plaza
Newark, NJ 07102-1200

The State Newspaper/Columbia, SC
1401 Shop Road
Columbia, SC 29201-4814


The Times-Picayune/New Orleans
3800 Howard Ave.
New Orleans, LA 70140-1097


The Vindicator/Youngstown, OH
107 Vindicator Square
Youngstown, OH 44503


Times-Call
350 Terry Street
PO box 299
Longmont, CO 80502-0299


Tribune-Democrat
PO Box 340
Johnstown, PA 15907-0340


United Recovery Systems LP
5800 North Course Drive
Houston, TX 77072


Wagner & Hunt, PA
PO Box 934788
Margate, FL 33093-4788


Washington Post Media
PO Box 17641
Baltimore, MD 21297-1641


Wells Fargo Business Line
PO BOX 348750
Sacramento, CA 95834


Wilkes Barre Publishing Co
15 N Main Street
Wilkes Barre, PA 18711-0250


Zavala County Sentinel
202 E Nueces Street
Crystal City, TX 78839

Zwicker & Associates PC
PO Box 101145
Birmingham, AL 35210-6145


Zwicker & Associates, P.C.
2915 N 67th Place
Scottsdale, AZ 85251

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Heartland Advertising, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Heartland Advertising, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  3, 2010**

Date

**/s/ Lorraine M. Greenberg   ARDC No.:**

**Lorraine M. Greenberg   ARDC No.: 3129023**
Signature of Attorney or Litigant
Counsel for   **Heartland Advertising, Inc.**
**Lorraine M. Greenberg**
**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**
**312-588-3330 Fax:312-264-5620**
**lgreenberg@greenberglaw.net**